**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alfredo SANDOVAL–VALLEJO, also
known as Alfredo Vallejo, also known
as Alfredo Galindo, Defendant–Appellant.**

No. 06–50295
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Alfredo Sandoval–Vallejo raises ar-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

guments that are foreclosed by *United States v. Hinojosa–Lopez*, 130 F.3d 691, 694 (5th Cir.1997), which held that a Texas felony conviction for possession of marijuana was an "aggravated felony" under § 2L1.2(b) of the Sentencing Guidelines. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

